**Mark B. PRICE, Appellant,**

v.

**GKN AEROSPACE NORTH AMERICA, INC.; John Mink; Mike Bishop, Appellees.**

No. 06–4036.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 14, 2007.

Filed: Dec. 4, 2007.

Marc B. Price, Florissant, MO, pro se.

Jeffery L. Thompson, W. Jonathan Martin, II, Edgar W. Ennis, Jr., Constangy & Brooks, Macon, GA, for Appellees.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

PER CURIAM.

Mark B. Price appeals the district court's[1] adverse grant of summary judgment in his lawsuit brought under the Family and Medical Leave Act (FMLA). Having conducted de novo review of the record and having considered Price's arguments for reversal, *see Hanger v. Lake County*, 390 F.3d 579, 582 (8th Cir.2004) (standard of review), we agree with the district court that defendants' actions did

[1] The Honorable E. Richard Webber, United States District Judge for the Eastern District

not amount to willful FMLA violations, and that Price's lawsuit was time-barred because the two-year limitations period applied, *see* 29 U.S.C. § 2617(c) (action may be brought no later than two years after date of last event constituting alleged FMLA violation, unless violation is willful, in which case limitations period is extended to three years). Accordingly, we affirm. *See* 8th Cir. R. 47B.